UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHILLIP MAYS,

        Plaintiff,

  v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No. 19-cv-01552-TSH

**ORDER TO SHOW CAUSE**

On September 4, 2019, Plaintiff Phillip Mays filed a motion for summary judgment. ECF No. 23. Pursuant to the scheduling order in this case, the Commissioner's opposition or counter-motion was due within 28 days of service of Plaintiff's motion. ECF No. 10. As the Commissioner failed to file an opposition or counter-motion, the Court hereby **ORDERS** him to show cause why sanctions should not be imposed for failure to comply with court deadlines. The Commissioner shall file a declaration by October 17, 2019. No chambers copy is required.

**IT IS SO ORDERED.**

Dated: October 3, 2019

THOMAS S. HIXSON
United States Magistrate Judge